IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM ANDREW STROUP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0441

Opinion filed April 13, 2015.

An appeal from an order of the Circuit Court for Okaloosa County.
William F. Stone, Judge.

William Andrew Stroup, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.